# UNITED STATES DISTRICT COURT

# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| MATTHEW BRUERS, an individual, | Case No. SACV 18-01442-JLS-ADS |
| Plaintiff, | **ORDER GRANTING DISMISSAL WITH PREJUDICE** |
| v. | |
| FLOWERS FOODS, INC. a Georgia Corporation; FLOWERS BAKING CO. OF CALIFORNIA, LLC, a California Limited Liability Company; FLOWERS BAKING CO. OF HENDERSON, LLC, a Nevada Limited Liability Company, | |
| Defendants. | |

1  Pursuant to stipulation of the parties and Federal Rule of Civil Procedure
2  41(a)(2), the above-captioned action is hereby DISMISSED WITH PREJUDICE.
3  The Court will retain jurisdiction to enforce the settlement agreement between the
4  parties.

Dated: March 16, 2021

_____
Hon. Josephine L. Staton
United States District Judge